# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA



Civil Case Number: 50-2022-CF-00461-AXXX-MB

Raymond Anthony Lee
_(Write the full name of the plaintiff)_

vs.

STATE OF FLORIDA
CASE NO: 50-2022-CF-00464-AXXX-MB
Division: W Felony - W (Circuit)
~~<del>defendant</del>~~
_(Write the full name of the defendant/s in this case)_
D/S J. Sena ID#36191, D/S D. Bumgardner ID#36199

D/S E. Rodriques ID# 38007
D/S A. Foster ID# 12413
D/S N. Imperiale ID# 36197
D/S J. Ekstrom ID# 18327
Amgad A. Awad
C w/M 10/14/76

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**I. Party Information**

A. Plaintiff: Raymond Lee

Address: P.O. Box 24716 West Palm Beach FL 33416

Inmate/Prison No.: 0242179

Year of Birth: 1982   (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

_(Write your name, address and prison/inmate number, if applicable)_

vs.

B. Defendant: D/S A. Foster ID #12413 Deputy Sheriff   Defendant: D/S N. Imperiale ID#36197 Deputy Sheriff

Official Position: Deputy Sheriff   Official Position: Deputy Sheriff

Place of Employment: PBSO   Place of Employment: PBSO

_(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)_

B  Defendant: D/S J. Ekstrom ID #18327
Offical Position: Deputy Sheriff
Place of Employment: P.B.S.O

Defendant: D/S E. Rodriguez ID #38007
Offical Position: Deputy sheriff
Place of Employment: P.B.S.O

Defendant: D/S J. Sena ID #36191
Offical Position: Deputy sheriff
Place of Employment: P.B.S.O

Defendant: D/S D. Bumgardner ID #36199
Offical Position: Deputy Sheriff
Place of Employment: P.B.S.O

Defendant: Amgad A. Awad (W/M 10/14/76
Offical Position: Clerk at the gas station
Place of Employment: Sunco Gas station
Address: 1149 45th St Mangonia Park, FL 33407

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

① On June 12th 2022 at 12:24 am Me as (Raymond Lee) walk to the Store/gas station (Sunoco gasstation) 1149 45 St Mangonia Park FL 33407. With my Cousin inlaw (David G. Collins) I went in the Store and went to the Cooler grab a beer and went to the Clerk (Mr Amgad A. Awad) Paid for it the (beer) And a black and Mild. Where so ever If (Mr Collin) Stole out the Store that on him the Clerks And the officer② Mr (Amgad A. Awad) Said I was Contine

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Injunctive relief: I want retraining of the sheriff officers of the use of force ~~that~~ Situation the one's that was involed.

Compensatory damages: 30,000,000
Punitive damages: 15,000,000

Continue of the Story

A Suspect according to the Police report. And I still paid for (Mr Collins) Been So By the time I finish paying for the Rest of the Item. I (Raymond Lee) walked out 2 see 2 officer (D/S J. Sena ID#36191) and (D/S J. Ekstrom ID#18327) Jacking up (Mr Collins). (D/S J. Sena ID#36191) Punch (Mr Collins) in his jaw and (D/S J. Ekstrom ID#18327) Was throwing (Mr Collins) Unto the Squad Car very aggressively. ③ While that was happening (D/S Rodriguez E. ID# 38007) Walk past me and went in the Store to talk to the Clerk (Amgad A. Awad). By the time (D/S E. Rodriguez ID#38007) Had finish and Came out. The Store. I (Raymond Lee) Had my phone in hand Recording with my phone on the side walk of the right side of the Store/gas Station. (Note) All of this is on video. (D/S E. Rodriguez ID# 38007) Ask me while Recording. Where is the Dope at? I (Raymond Lee) Reponed while still watching and Recording what going on with (Mr Collins): I Don't have no mutherfucking Dope. While (D/S J. Ekstrom ID#18327) Went in (Mr Collins) Pockets and throw all of his money and Change to the ground. ④ When they Putt (Mr Collins) in the car It can be seen and herd Video and Audio (D/S D. Bumgardner ID#36199) Pulled up and (D/S J. Sena ID#36191) Said to him get him. Officers

Rush me and tackle me to the ground (D/S Foster A. ID# 12413),(D/S J Ekstrom ID# 18327),(D/S D. Bumgardner ID# 36199) and (D/S J. Sena ID# 36191) and some more where all over me. ⑤ At that time I (Raymond Lee) was being tazed over and over again on my side in my back while in hand cuff and Being punch several time in my face. By the time I look up, I (Raymond Lee) saw about 9 if not more Sheriff cars out there telling people to get out of there. block off all Exit to the gas station and Entrance and The rest of the sheriff watch me get beat crowd Controlling the people at the pump made them leave and put up there phones. ⑥ When they was finish beating me the officer I don't know which one transported me to St Mary but I watch (D/S N Imperiale ID# 36197) Put on some gloves and Pull out some dope that they Planted on me These are the fact and I have a lot on (Audio and Video). I haven't took or stole anything. And Plus Slander of my name be cause I have my own business cause me to lose alot of Customers, lost wages at the ball park / Business And the time which is a year in jail + bail money this is why I feel my Relief Requested should Be granted. Along with the Excessive Force. God Bless and thank you for looking over this case

_____

_____

**IV. Jury Demand**   If it goes that far

Are you demanding a jury trial?   ✓ Yes   ___ No

Signed this __11__ day of __July__, 20_23_

__Raymond Lee_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: __July 11, 2023_____

__Raymond Lee_____
Signature of Plaintiff

# INSTRUCTIONS FOR FILING A
# COMPLAINT UNDER THE CIVIL RIGHTS ACT
# 42 U.S.C., SECTION 1983

This packet includes two forms:
(1)  Complaint Under The Civil Rights Act, 42 U.S.C.§ 1983
(2)  Application to Proceed Without Prepayment of Fees or Costs

To start an action under the you must file:
- an original, signed complaint,
- one copy of the complaint for *each* defendant named in the complaint. For example, if you name two defendants, you file the original complaint plus two copies. You should also keep a copy for your records. All copies of the complaint must be identical to the original, signed complaint.
- filing fee of $400.00 or an Application to Proceed Without Prepayment of Fees/Costs

Return the above forms and/or filing fee to the following address:

Clerk's Office
United States District Court
Southern District of Florida
400 North Miami Avenue, 8N09
Miami, FL 33128-7716

Your complaint must be legibly typewritten or clearly handwritten using a pen (do not use a pencil to complete these forms). As the plaintiff, you must sign and swear to the accuracy of the information in the complaint. If you need more space than is provided on the form, attach an additional blank page to the complaint.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the Southern District of Florida. Also, you must file a separate complaint for each claim you have unless the claims are related to the same incident or issue.

In your complaint, you must provide the facts; you should not include legal arguments or citations.

Raymond Lee #0242179
P.O. Box 24716
West Palm Beach FL 33416