UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-81073-ROSENBERG

RAYMOND ANTHONY LEE,

    Plaintiff,

v.

  A. FOSTER, et al.,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter is before the Court upon the Defendants' Motion for Sanctions, DE 47, which was filed upon a granting of leave from the Magistrate Judge. On June 25, 2024, the Magistrate Judge issued a Report and Recommendation recommending that the Motion be granted and this case be dismissed. DE 50. The parties had until July 9, 2024, to file any objections. No objections from any party appears on file. The Court has reviewed the Report and Recommendation and the record and is otherwise fully advised in the premises.

Upon review, the Court agrees with the analysis in the Magistrate Judge's Report and Recommendation and concludes that the Defendant's Motion should be granted for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation, DE 50, is hereby **ADOPTED**;

2. The Defendant's Motion for Sanctions, DE 47, is **GRANTED**;

3. The Defendants' request for attorneys' fees will be addressed by separate order; and

4. The Court **DISMISSES** this case.  The Clerk of the Court is instructed to **ADMINISTRATIVELY CLOSE THIS CASE** and **DENY AS MOOT** all pending motions.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 11th day of July, 2024.

*[signature]*
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record